Dr. F. H. Willis, appellee, v. Joseph A. Rushton, appellant. Gen. No. 40,404.

Opinion filed March 29, 1939.

Edwin M. Ashcraft, III and Crittenden C. Jarvis, for appellant. William R. Wiley, for appellee.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

Norman B. Pitcairn and Frank C. Nicodemus, Jr., appellants, v. Gus Dreyfuss, appellee. Gen. No. 40,435.

Opinion filed March 29, 1939. Rehearing denied April 12, 1939.

John Gibson Hale, for appellants. Blanksten & Lansing, for appellee; Harold S. Lansing, of counsel.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

Oscar Schorow, appellee, v. Bessie Schorow, appellant. Gen. No. 40,451.

Opinion filed March 29, 1939. Rehearing denied April 12, 1939.

Teed, Kammermann & Johnson and Joseph D. Motto, for appellant; Hugh E. Johnson, of counsel. Louis I. Gordon and Abraham Miller, for appellee; Abraham Miller, of counsel.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

Ida Rosche, appellee, v. John Rosche, appellant. Gen. No. 40,461.

Opinion filed March 29, 1939.

Samuel L. Cohen, for appellant; Morris K. Levinson, of counsel. Litsinger, Healy, Reid & Bye, for appellee; John W. McElroy, of counsel.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.